United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2160

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Darrell D. Whitmore, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 9, 1997
Filed: December 19, 1997

_____

Before BOWMAN, FLOYD R. GIBSON, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Appellant Darrell D. Whitmore appeals his convictions after trial by jury on cocaine charges. His sole issue on appeal, that the District Court[1] erred in denying his motion for a judgment of acquittal, challenges the sufficiency of the evidence.

Having reviewed the case, we are satisfied that the government's evidence, consisting of the testimony of an accomplice who testified at trial pursuant to a plea

---

[1]The Honorable Joseph E. Stevens, Jr., United States District Judge for the Western District of Missouri.

agreement, was sufficient to allow the jury to find Whitmore guilty as charged beyond a reasonable doubt.  Accordingly, the convictions are affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.